IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CENTRAL PARK PRODUCTS, INC.                                              PLAINTIFF

v.                              CASE NO. 07-5012

DOREL JUVENILE GROUP, INC., d/b/a/
COSCO HOME & OFFICE PRODUCTS                                          DEFENDANT

## ORDER

Plaintiff has filed a notice of voluntary dismissal (Doc. 14). Defendants have not served an answer or motion for summary judgment. Pursuant to Rule 41 (a)(1)(i) of the Federal Rules of Civil Procedure Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:  July 9, 2007

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge